

JACKSON STATE UNIVERSITY
JACKSON, MISSISSIPPI 39217

OFFICE OF
THE PRESIDENT

(601) 979-2323
Fax: (601) 979-2948

August 1, 2024

Dr. Dawn McLin
103 Firefly Cove
Madison, MS 39110

### NOTICE OF INTENT TO TERMINATE

Dr. McLin:

Pursuant to the Jackson State University Faculty Handbook and IHL Board Policy 403.01, you are hereby notified that I intend to recommend that you be terminated from your position as a tenured faculty member at Jackson State University. As of today, you are relieved of all work duties, research assignments, and service functions at JSU, and you will be placed on administrative leave with pay during the pendency of this process. Your roles and responsibilities in connection with grants you are administering will be re-assigned.

You have the right to request a hearing. The Faculty Handbook explains what you should do if you would like to exercise this right to have a hearing.

The for-cause reasons for my recommendation include, but are not limited to, the following:

- Malfeasance, inefficiency or contumacious conduct;

- For other cause.

Should you request a hearing, this letter will be supplemented to provide a more detailed explanation of the particular actions, conduct, and other cause that forms the basis of my recommendation. Generally speaking, and without limitation, however, the pervasive, repetitive, and ongoing pattern of behavior that has led to my decision includes hostile conduct, bullying, harassment, and intimidation of fellow JSU employees (including those over whom you have no supervisory responsibilities), interference in the re-accreditation process, abuse of your position

**EXHIBIT 1**

Dr. Dawn McLin
August 1, 2024
Page 2

as president of the Faculty Senate, and interference in departmental business operations. As just one example, we have been informed that, during one presentation by a faculty member, you turned your chair in a show of disrespect to them. This conduct, which was witnessed by numerous JSU employees, reflects poorly on our institution and undermines our goal of collegiality and teamwork.

The conduct at issue has led to filing of numerous grievances and complaints filed with the university's Equal Employment Opportunity office and others at JSU, the subjects of which not only contribute to an unacceptable working environment for some members of our campus community but also threaten to expose the university to liability.

I emphasize that these are simply a sample of the many forms of pervasive and ongoing conduct that have led to my decision.

Respectfully,

*Marcus L. Thompson*

Marcus L. Thompson, PhD
President